IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY SHOATES : CIVIL ACTION
:
v. : No. 17-3891
:
MARK GURMAN, et al. :
:
:

**ORDER**

AND NOW, this 27th day of August, 2018, upon careful and independent consideration of Petitioner Timothy Shoates's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, Shoates's Supplemental Petition for Writ of Habeas Corpus, the response in opposition to the Petition, and the available state court records, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 17) is APPROVED and ADOPTED;

2. Shoates's petition for writ of habeas corpus is DENIED and DISMISSED; and

3. A certificate of appealability shall not issue, as Shoates has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

---

[1] The Report and Recommendation was sent to all parties of record on June 4, 2018, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.